

655 Third Avenue, Suite 2619
New York, New York 10017-5621
(212) 644-8644
www.dralegal.org

September 2, 2025

**By Electronic Mail**

Michael Siudzinski, Esq.
Niaa C. Daniels, Esq.
Assistant Deputies Counsel
NYS Office of Court Administration
25 Beaver Street, 10th Floor
New York, NY 10004
212-428-2185

Re: *Elia et al., v. NYS Unified Court System et al.*, 25-CV-1645-RER-LKE

Dear Mr. Siudzinski,

    This office represents Plaintiffs in the above-captioned matter. In accordance with Judge Reyes' Individual Motion Practice Rule IV.B.3, enclosed please find Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, as well as the September 2, 2025 Declaration of Victoria Pilger, with Exhibit 1.

Sincerely,

*Victoria Pilger*

Victoria Pilger
Staff Attorney
Disability Rights Advocates
vpilger@dralegal.org
(332) 217-2329