UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

NATIONAL FEDERATION OF THE BLIND OF NEW YORK STATE, INC., and ALBERTA ELIA,

Plaintiffs,

-against-

THE NEW YORK STATE UNIFIED COURT SYSTEM, and NANCY SUNSHINE, *in her official capacity as County Clerk and Clerk of the Supreme Court and Commissioner of Jurors, County of Kings*,

Defendants.
--------------------------------------------------------------------X

Ind. No. 25-CV-1645 (RER)(LKE)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, dated August 1, 2025, the Declaration of Michael Siudzinski, dated August 1, 2025, together with its exhibits, and all the pleadings and proceedings herein, Defendants New York State Unified Court System and Nancy Sunshine will move this Court by submission of papers before the Honorable Ramon E. Reyes, Jr., United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, at a time of the Court's choosing, for an order dismissing the Complaint in its entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be filed and served in accordance with Local Rule 6.1(b).

Dated: New York, New York
August 1, 2025

Yours, etc.,

DAVID NOCENTI
Counsel – Office of Court Administration
Attorney for Defendants
By:

/S/
MICHAEL J. SIUDZINSKI
NIAA C. DANIELS
Assistant Deputies Counsel
25 Beaver Street
New York, New York 10004
(212) 428-2150

To: Victoria Pilger, Disability Rights, (via ECF)
*Counsel for Plaintiff*